UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20236-CR-GAYLES

UNITED STATES OF AMERICA

v.

ISET YANES DOVAL,

Defendant.
_____/

## FACTUAL BASIS IN SUPPORT OF PLEA

The United States hereby files this factual basis in support of the change of plea of defendant **ISET YANES DOVAL.** In support thereof, the government asserts the following facts:

1st Class Mental Health Services, Corp (1st Class) was a Florida corporation located at 7392 NW 35 Terrace, Unit 205-206, Miami, Florida, purporting to provide PSR services.

Eternity Community Mental Health, Corp (Eternity) was a Florida corporation located at 7570 NW 14th Street, Suite 101, Miami, Florida, purporting to provide PSR services.

Mileidy Romero Tellechea was a resident of Miami-Dade County and the sole officer and registered agent of 1st Class.

Rigoberto Cordero, husband to Mileidy Romero Tellechea, was a resident of Miami-Dade County and the sole officer and registered agent of Eternity.

Iset Yanes Doval was a resident of Miami-Dade County and the office manager of 1st Class.

Mileidy Romero Tellechea, Rigoberto Cordero, Iset Yanes Doval, and others offered and paid kickbacks to patient recruiters for recruiting and referring Medicaid recipients to receive PSR and related services from 1st Class and Eternity that were medically unnecessary, ineligible for

reimbursement and not provided as represented.

Mileidy Romero Tellechea, Rigoberto Cordero, Iset Yanes Doval, and others offered and paid kickbacks to Medicaid recipients for agreeing to accept PSR and related services from 1st Class and Eternity that were medically unnecessary, ineligible for reimbursement and not provided as represented.

Mileidy Romero Tellechea, Rigoberto Cordero, and others submitted and caused 1st Class and Eternity to submit false and fraudulent claims to Medicaid, via interstate wire communications, for PSR and related services that were medically unnecessary, ineligible for reimbursement and not provided as represented.

As a result of such false and fraudulent claims, Medicaid made payments to the corporate bank accounts of 1st Class in the approximate sum of $9,969,470, and payments to the corporate bank accounts of Eternity in the approximate sum of $6,018,703.

Iset Yanes Doval was employed in the front office of 1st Class from 2019 through June 2022. During the period of her involvement in the conspiracy, Medicaid made payments to the corporate bank accounts of 1st Class in the approximate sum of $ $8,079,737.

Mileidy Romero Tellechea, Rigoberto Cordero, Iset Yanes Doval, and their co-conspirators used the proceeds of the health care fraud for their personal use and benefit, the use and benefit of others, and to further the fraud.

Iset Yanes Doval earned $150,154 for her participation in the offense.

The above-described facts serve only as a summary of the testimony were this case to proceed to trial and are not intended to be an exhaustive account of all the information available to the Government concerning the offense charged in the instant indictment.

Date: 9/7/23                          By: _____
                                          CHRISTOPHER J. CLARK
                                          ASSISTANT U.S. ATTORNEY

Date: 9/27/23                         By: _____
                                          JOSEPH CHAMBROT, ESQ.
                                          ATTORNEY FOR DEFENDANT

Date: 9/7/23                          By: _____
                                          ISET YANES DOVAL
                                          DEFENDANT

3