UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20236-CR-GAYLES (COHN)

UNITED STATES OF AMERICA,

v.

RIGOBERTO CORDERO,

Defendant.
_____/

## VERDICT

As to the following counts in the indictment, we the Jury unanimously find the Defendant, Rigoberto Cordero:

**Count 1**: Conspiracy to Commit Health Care Fraud and Wire Fraud

_____ Not Guilty      __X__ Guilty

If you found the Defendant guilty of the crime charged in Count 1, please answer the following:

We, the jury, unanimously find the following to be the Object(s) of the Conspiracy (choose one):

_____ Health Care Fraud

_____ Wire Fraud

__X__ Both Health Care Fraud and Wire Fraud


**Count 2**: Health Care Fraud – February 14, 2019, as to J.M.

_____ Not Guilty      __X__ Guilty

**Count 3**: Health Care Fraud – February 21, 2019, as to E.S.

____ Not Guilty    **X** Guilty

**Count 4**: Health Care Fraud – February 20, 2020, as to D.V.

____ Not Guilty    **X** Guilty

**Count 5**: Health Care Fraud – March 5, 2020, as to S.G.

____ Not Guilty    **X** Guilty

**Count 6**: Health Care Fraud – May 28, 2020, as to L.M.

____ Not Guilty    **X** Guilty

**Count 7**: Health Care Fraud – August 6, 2020, as to O.H.

____ Not Guilty    **X** Guilty

**Count 8**: Health Care Fraud – October 29, 2020, as to B.F.

____ Not Guilty    **X** Guilty

**Count 9**: Health Care Fraud – January 7, 2021, as to I.H.

____ Not Guilty    **X** Guilty

**Count 10**: Conspiracy to Pay Health Care Kickbacks

____ Not Guilty      _X_ Guilty

If you found the Defendant guilty of the crime charged in Count 10, please answer the following:

We, the jury, unanimously find the following to be the Object(s) of the Conspiracy (choose one):

____ Offer and Pay Health Care Kickbacks to Medicaid Patients

____ Offer and Pay Health Care Kickbacks for the Referral of Medicaid Patients

_X_ Both


**Count 11**: Payment of Kickbacks in Connection with a Federal Health Care Program – February 22, 2019 to J.M.

____ Not Guilty      _X_ Guilty


**Count 12**: Payment of Kickbacks in Connection with a Federal Health Care Program – February 22, 2019 to E.S.

____ Not Guilty      _X_ Guilty


**Count 13**: Payment of Kickbacks in Connection with a Federal Health Care Program – June 23, 2021 to D.V.

____ Not Guilty      _X_ Guilty


**Count 14**: Payment of Kickbacks in Connection with a Federal Health Care Program – June 23, 2021 to B.F.

____ Not Guilty      _X_ Guilty

**Count 15**: Payment of Kickbacks in Connection with a Federal Health Care Program – June 23, 2021 to S.G.

\_\_\_\_ Not Guilty      X  Guilty

**Count 16**: Payment of Kickbacks in Connection with a Federal Health Care Program – June 23, 2021 to L.M.

\_\_\_\_ Not Guilty      X  Guilty

**Count 17**: Payment of Kickbacks in Connection with a Federal Health Care Program – June 23, 2021 to I.H.

\_\_\_\_ Not Guilty      X  Guilty

**Count 18**: Payment of Kickbacks in Connection with a Federal Health Care Program – June 23, 2021 to O.H.

\_\_\_\_ Not Guilty      X  Guilty

**Count 19**: Payment of Kickbacks in Connection with a Federal Health Care Program – October 14, 2021 to A.C.

\_\_\_\_ Not Guilty      X  Guilty

**Count 20**: Payment of Kickbacks in Connection with a Federal Health Care Program – October 14, 2021 to M.F.

\_\_\_\_ Not Guilty      X  Guilty

**Count 21**: Payment of Kickbacks in Connection with a Federal Health Care Program – October 14, 2021 to I.R.

\_\_\_\_ Not Guilty      X  Guilty

4

**Count 22**: Payment of Kickbacks for Patient Referral in Connection with a Federal Health Care Program – January 31, 2019

\_\_\_\_ Not Guilty      **X** Guilty

**Count 23**: Payment of Kickbacks for Patient Referral in Connection with a Federal Health Care Program – February 8, 2019

\_\_\_\_ Not Guilty      **X** Guilty

**Count 24**: Conspiracy to Commit Money Laundering

\_\_\_\_ Not Guilty      **X** Guilty

**Count 25**: Money Laundering – July 25, 2019

\_\_\_\_ Not Guilty      **X** Guilty

**Count 26**: Money Laundering – September 5, 2019

\_\_\_\_ Not Guilty      **X** Guilty

**Count 27**: Money Laundering – October 18, 2019

\_\_\_\_ Not Guilty      **X** Guilty

**Count 28**: Money Laundering – November 27, 2019

\_\_\_\_ Not Guilty      **X** Guilty

5

**Count 29**: Money Laundering – May 15, 2020

\_\_\_\_ Not Guilty    _X_ Guilty

**Count 30**: Money Laundering – June 12, 2020

\_\_\_\_ Not Guilty    _X_ Guilty

**SO SAY WE ALL.**

_____        February 18, 2025
FOREPERSON                                                    DATE

_____
FOREPERSON (print name)